UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

March 7, 2019

MEMORANDUM TO COUNSEL

Re: *James P. Hickman v. Linda Brown Rivelis, et al.*
Civil No. CCB-18-1855

Dear Counsel:

This will confirm the results of our conference call today. The defendants' partial Motion to Dismiss (ECF No. 13) is Denied without prejudice to renewal at the time of filing motions for summary judgment. The defendants may have until March 29, 2019, to file their answer to the entire complaint. A scheduling order is being issued separately.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge