## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES P. HICKMAN | * |
| | *    Civil No. CCB-18-1855 |
| v. | * |
| LINDA BROWN RIVELIS, *et al.* | |

**************

### ORDER

At the request of the parties, and in light of the automatic stay provision as to claims against defendant VSOP, LLC, which has filed a voluntary petition for bankruptcy, it is hereby Ordered that:

1. This case is STAYED; and

2. this case is Administratively closed, subject to reopening when the bankruptcy case is concluded or otherwise for good cause shown.

5/9/19
Date

Catherine C. Blake
United States District Judge